IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DONNIE D. WHITE,

    Plaintiff,

vs.

ILLINOIS DEPARTMENT OF CORRECTIONS, *et al.*,

    Defendants.

Case No. 11-cv-543-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Illinois Department of Corrections, Michael P. Randle, Roger E. Walker, Jr., Gladyse C. Taylor, Dr. Wendy Navarro, Louis Shicker, William O. Elyea, Dr. Angus, Andrew Kalowoski, Jason Garnett, Danny Hartline, Toma K. Osman, Connie M. Houston, Nigel A. Vinyard, Camille Malone Adams, Cheryl K. Couch, Shelby Dunn, Joslyn Hambry, Connie L. Kerr, Julie Klein, Kimberly Baskin, Kelly Rhodes-Bushur, Catherine Larry, Ylana Mason, Jill Stevens, Rockey R. Peppers, Marvin F. Powers, Stacey Williamson, Robert C. Jones, Linda Ellis, Bryant Ellis, Sally A. Ramsey, Theresa J. Casteel, Geneva E. Bonifield, Ruane P. Tanner, Karen Elders, Leslie Markel, April D. Moore, and Wanda R. Evans, and against Plaintiff Donnie D. White,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as to all Defendants.

**DATED:** May 22, 2013                  **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                               By:s/Deborah Agans, Deputy Clerk

**Approved:**   s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**